IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

NATHAN DUDYMOTT, on behalf of himself
and all similarly situated employees,

    Plaintiff

    v.                        Case No.: 7:15-cv-82-RAJ-DC

LEGEND ENERGY SERVICES, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, **NATHAN DUDYMOTT,** by and through his undersigned attorney, hereby gives notice that the parties have settled the above styled case.

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2016, a true and correct copy of this document was served by the Court's electronic CM/ECF filing system upon:

Merritt B. Chastain, III
Jeffrey C. Londa
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Allen Center
500 Dallas Street, Suite 3000
Houston, Texas 77002

**ROSS LAW GROUP**
1104 San Antonio Street
Austin, Texas 78701
(512) 474-7677 Telephone
(512) 474-5306 Facsimile
Charles@rosslawpc.com

_____
**CHARLES L. SCALISE**
Texas Bar No. 24064621
**DANIEL B. ROSS**
Texas Bar No. 789810
**ATTORNEYS FOR PLAINTIFF**