IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

NATHAN DUDYMOTT, on behalf of himself
and all similarly situated employees,
    Plaintiff,

v.                                              Case No.: 7:15-cv-82-RAJ

LEGEND ENERGY SERVICES, LLC,
    Defendant.

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SEALED DOCUMENT, APPROVAL OF FLSA SETTLEMENT AND MOTION FOR DISMISSAL OF LAWSUIT

BEFORE THE COURT is the Plaintiff's Unopposed Motion for Leave to File Sealed Document, Approval of FLSA Settlement and Motion for Dismissal of Lawsuit ("Motion"). After due consideration, the Plaintiff's Motion shall be GRANTED.

The Court hereby approves the parties' settlement and orders the Parties to implement and complete the notice process described in the Settlement Agreement. The Plaintiff's Motion and all exhibits shall remain sealed.
In accordance with Rule 41(a)(2) of the Federal Rules of Civil Procedure, the claims of Plaintiff and all class members are hereby dismissed, with prejudice.

SIGNED this ____ day of November, 2016.

_____
ROBERT A. JUNELL
SR. UNITED STATES DISTRICT JUDGE